# CT Corporation

**Service of Process Transmittal**
12/11/2018
CT Log Number 534553008

**TO:** Daniela Bukowski-James
The Hartford
1 Hartford Plz # HO-1-09
Hartford, CT 06155-0001

**RE:** Process Served in Indiana

**FOR:** Hartford Life and Accident Insurance Company  (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Martha Dollahan, Pltf. vs. Hartford Life and Accident Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Return, Complaint |
| **COURT/AGENCY:** | Marshall County Circuit Court, IN<br>Case # 50C011812CT000052 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Indianapolis, IN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/11/2018 postmarked on 12/07/2018 |
| **JURISDICTION SERVED:** | Indiana |
| **APPEARANCE OR ANSWER DUE:** | Within 23 days commencing the day after you receive this summons. |
| **ATTORNEY(S) / SENDER(S):** | Jeffrey J. Stesiak<br>Pfeifer, Morgan & Stesiak<br>53600 North Ironwood Drive<br>South Bend, IN 46635<br>574-272-2870 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/12/2018, Expected Purge Date: 12/17/2018<br><br>Image SOP<br><br>Email Notification,  CTSOP Lawsuits (Not Specified)  SOPLawsuits.Law@thehartford.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 150 West Market Street<br>Suite 800<br>Indianapolis, IN 46204 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of  1 / JM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# EXHIBIT A

**Pfeifer, Morgan & Stesiak**
ATTORNEYS AT LAW

53600 North Ironwood Drive • South Bend, Indiana 46635



U.S. POSTAGE ›› PITNEY BOWES
ZIP 46635 $ 006.67⁰
02 4W
0000345809 DEC 07 2018

7017 0190 0000 1986 1853

CT Corporation System
150 West Market Street, Suite: 800
Indianapolis, IN 46204-2814

**EXHIBIT A**

Filed: 12/7/2018 10:01 AM
Clerk
Marshall County, Indiana

**SUMMONS**
Marshall Circuit Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARSHALL CIRCUIT COURT |
| | ) SS: | |
| MARSHALL COUNTY | ) | CAUSE NO: 50C01-1812-CT- |

**50C01-1812-CT-000052**

**Plaintiff** - Names and Addresses

MARTHA DOLLAHAN,
1307 South Michigan, Apt.: 4
Plymouth, Indiana 46563

vs.

**Defendant** - Names and Addresses

HARTFORD LIFE and ACCIDENT
INSURANCE COMPANY
to be served by Registered Agent: CT Corporation System
150 West Market St., Suite: 800
Indianapolis, Indiana 46204-2814

**TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

**CLERK'S ISSUANCE**

_____
CLERK

DATE_____, 20____.    BY: _____
DEPUTY

The following manner of service is
hereby designated:                       **Marshall Circuit Court**
[ ] Registered Mail                      Courthouse
[X] **Certified Mail**                   211 West Madison Street
[ ] By Sheriff as provided by law        Plymouth, IN 46563
[ ] Other, as follows:_____

(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

**ATTORNEY FOR PLAINTIFF**
Jeffrey J. Stesiak, 53600 N. Ironwood Dr., South Bend, IN 46635 (574) 272-2870

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto was received by me at
_____ this _____ day of _____, 20___.

_____
Signature of Defendant

# EXHIBIT A

# RETURN OF SUMMONS

## Certificate of Mailing

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to each of the defendant(s) _____

_____

by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) _____
at the address(es) furnished by the plaintiff.

                                                                                      CLERK

DATE_____, 20____.     BY: _____
                                                                                 DEPUTY

## RETURN OF SERVICES OF SUMMONS BY MAIL

I hereby certify that service of Summons with return receipt requested was mailed on the _____ day of _____, 20_____, and that a copy of return receipt was received on the _____ day of _____, 20_____, which copy is attached herewith.

                                                                                      CLERK

DATE_____, 20____.     BY _____
                                                                                 DEPUTY

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the defendant(s) _____

_____

by (registered or certified) mail and the same was returned without acceptance this _____ day of _____, 20_____ and I did deliver said Summons and a copy of Complaint to the Sheriff of Marshall County, Indiana.

                                                                                      CLERK

DATE_____, 20____.     BY _____
                                                                                 DEPUTY

## RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS

I hereby certify that I have served the within Summons:

1. By delivering on the _____ day of _____, 20_____, a copy of Summons and a copy of the Complaint to each of the following defendants: _____

_____

2. By leaving on the _____ day of _____, 20_____, for each of the within named defendants: _____

3. _____ and by mailing a copy of the Summons without the Complaint to _____
at _____ the last known address of defendant(s).

4. This Summons came to hand this _____ day of _____, 20_____.
   The within named _____

_____ was not found in my bailiwick this _____ day of _____, 20_____.

MILEAGE    $_____
FEES          $_____                                                              _____, SHERIFF
TOTAL       $_____     BY _____, DEPUTY

# EXHIBIT A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARSHALL CIRCUIT COURT |
| | ) SS: | |
| MARSHALL COUNTY | ) | CAUSE NO.: 50C01-1812-CT- |
| | | **50C01-1812-CT-000052** |

MARTHA DOLLAHAN,  )
1307 South Michigan, Apt.: 4  )
Plymouth, Indiana 46563  )
  )
      Plaintiffs,  )
  )
v.  )
  )
HARTFORD LIFE and ACCIDENT  )
  INSURANCE COMPANY  )
to be served by Registered Agent:  )
Ct Corporation System  )
150 West Market St., Suite: 800  )
Indianapolis, Indiana 46204-2814  )
  )
      Defendant.  )

## COMPLAINT FOR BREACH OF CONTRACT

Comes now the Plaintiff, Martha Dollahan and for her claim for relief states the following:

1. On or about the 28th day of May, 2018 in Marshall County, Indiana, the Plaintiff, Martha Dollahan was injured causing her doctor to keep her off of work.

2. At the time of this incident there was short term disability coverage with the Defendant, Hartford Life and Accident Insurance Company to pay the Plaintiff's wages while off of work.

3. The Defendant, Hartford Life and Accident Insurance Company, has failed and continues to fail to make short term disability payments on behalf of the Plaintiff, Martha Dollahan.

# EXHIBIT A

4. Said actions by the Defendant, Hartford Life and Accident Insurance Company are wilful and wanton and are a breach of the Defendant's duty to deal with the Plaintiff, Martha Dollahan in good faith and are in violation of the Unfair Claims Practice Act.

WHEREFORE, the Plaintiff, Martha Dollahan requests judgment against the Defendant, Hartford Life and Accident Insurance Company, in an amount adequate to compensate her for her losses, for an award of punitive damages, for the cost of this action and for all other just and proper relief.

*/s/ Jeffrey J. Stesiak*
Jeffrey J. Stesiak (16876-46)
Attorney for the Plaintiff
PFEIFER, MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

**EXHIBIT A**





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
150 W. Market Street, #800
Indianapolis, IN 46204-2814

9590 9402 3668 7335 0212 71

2. Article Number (Transfer from service label)

7017 0190 0000 1986 1853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CIRCLE CITY STATION
DEC 11 2018
INDIANAPOLIS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3668 7335 0212 71

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Jeffrey J. Stesiak
PFEIFER, MORGAN & STESIAK
53600 N. Ironwood Drive
South Bend, IN 46635

Re: Dollahan Alex

EXHIBIT A

| STATE OF INDIANA | ) | IN THE MARSHALL CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| MARSHALL COUNTY | ) | CAUSE NO.: 50C01-1812-CT- |
| | | **50C01-1812-CT-000052** |

MARTHA DOLLAHAN, )
                 Plaintiff, )
     v. )
HARTFORD LIFE and ACCIDENT INSURANCE )
   COMPANY )
                 Defendant. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification**: Initiating  X   Responding ___  Intervening ___

1. NAME OR NAMES OF INITIATING/RESPONDING PARTY OR PARTIES:
   Martha Dollahan

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   | | | |
   |---|---|---|
   | Name: | Jeffrey J. Stesiak | Attorney Number: 16876-46 |
   | Firm: | Pfeifer, Morgan & Stesiak | Phone: (574) 272-2870 |
   | Address: | 53600 N. Ironwood Drive | Fax: (574) 271-4329 |
   | | South Bend, IN 46635 | Email: jstesiak@pilawyers.com |

3. There are other party members? Yes ___ No  X   (If yes, list on continuation page.)

4. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(B)(3): _____

5. Will accept FAX service? Yes  X   No ___

6. This case involves support issues? Yes ___ No  X   (If yes, supply Social Security numbers for all family members on continuation page.)

7. Are there related cases? Yes ___   No  x   If yes, list case and number below:

   Caption _____   Case Number _____
   Caption _____   Case Number _____
   (Supply information for additional related cases on continuation page.)

8. Additional information required by state or local rule:   None

# EXHIBIT A