UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARTHA DOLLAHAN, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. | CAUSE NO. 3:19-CV-11 DRL-MGG |

ORDER

Plaintiff Martha Dollahan and Defendant Hartford Life and Accident Insurance Company filed a joint stipulation to dismiss this action with prejudice. ECF 21. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the court DISMISSES this action with prejudice as to all claims, with the parties to bear their own fees and costs related to these claims. Defendant's motions for an extension of time are DENIED AS MOOT. ECF 19, 20. This order terminates this case.

SO ORDERED.

December 10, 2019                *s/ Damon R. Leichty*
                                 Judge, United States District Court